IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES BUSSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| v. | ) | |
| | ) | No. 1:25-CV-3108-VMC |
| SHERMELA J. WILLIAMS and | ) | |
| DELTA COMMUNITY CREDIT | ) | |
| UNION, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that Jill Warner of Brooks & Warner LLC hereby appears as co-counsel for Defendant Delta Community Credit Union, and requests that all pleadings, notices, applications, motions, petitions, orders, papers, submissions and filings served or required to be served in this case be served upon Delta Community Credit Union by and through:

Michael E. Brooks
Jill Warner
BROOKS & WARNER LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia 30046
mbrooks@brooksandwarner.com
jwarner@brooksandwarner.com

Respectfully submitted,

/s/Jill Warner

Michael E. Brooks
Georgia Bar No. 084710
mbrooks@brooksandwarner.com
Jill Warner
Georgia Bar No. 378472
jwarner@brooksandwarner.com

Counsel for Defendant Delta Community Credit Union

BROOKS & WARNER LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia 30046
(404) 681-0730 – Warner Direct
(404) 681-0720 – Brooks Direct
(404) 681-0780 – Fax

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES with the Clerk of the Court using the CM/ECF system and served the parties with a copy thereof by email to jamesbussey72@yahoo.com and Brittney.Green@fultoncountyga.gov and by depositing it in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to the following:

Mr. James Bussey
455 Liberty Trace
Roswell, Georgia 30076

The Honorable Shermela J. Williams
c/o Brittney N. Green, Senior Staff Attorney
Superior Court of Fulton County
Justice Tower Center
185 Central Avenue, Suite T-4655
Atlanta, Georgia 30303

Respectfully submitted.

/s/Jill Warner

Michael E. Brooks
Georgia Bar No. 084710
mbrooks@brooksandwarner.com
Jill Warner
Georgia Bar No. 378472
jwarner@brooksandwarner.com

BROOKS & WARNER LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia 30345
(404) 681-0720 – Brooks Direct
(404) 681-0730 – Warner Direct
(404) 681-0780 – Fax

Counsel for Defendant Delta Community Credit Union